People v Moore

2026 NY Slip Op 02509

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

JAMES A. MOORE, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

108 KA 23-01687

Present: Bannister, J.P., Montour, Smith, Nowak, And Delconte, JJ.

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (GUY A. TALIA OF COUNSEL), FOR DEFENDANT-APPELLANT.

BRIAN P. GREEN, DISTRICT ATTORNEY, ROCHESTER (BRIDGET FIELD OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Supreme Court, Monroe County (James E. Walsh, Jr., J.), rendered June 3, 2022. The judgment convicted defendant, upon a jury verdict, of sexual abuse in the first degree (three counts) and escape in the second degree.

[*1]

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Same memorandum as in People v Moore ([appeal No. 1] — AD3d — [Apr. 24, 2026] [4th Dept 2026]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court